Stewart, J.,
 

 dissents upon the reasoning of the Circuit Court in
 
 Kenyon College
 
 v.
 
 Schnebly, Treas.,
 
 12 C. C. (N. S.), 1, 21 C. D., 150, affirmed by this court in
 
 Schnebly, Treas.,
 
 v.
 
 Kenyon College,
 
 81 Ohio St., 514, 91 N. E., 1126, and upon the reasoning of this court in
 
 Aultman Hospital Assn. v. Evatt, Tax Commr.,
 
 140 Ohio St., 114, 42 N. E. (2d), 646, and
 
 In re Bond Hill-Roselawn Hebrew School,
 
 151 Ohio St., 70, 84 N. E. (2d), 270.